# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00423-CV

**In re Michael J. Delitta, Axiom Medical Consulting, LLC,
Axiom Professionals, LLC, Axiom Properties, LLC, and Delcom Properties, LLC**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writs of mandamus and prohibition and the emergency motion to stay are denied. *See* Tex. R. App. P. 52.8(a).

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Filed: July 11, 2014